*November,*
1820.

### Mullary *against* Caskaden.

**1. To authorize a certiorari the diminution must be shewn, and is not to be presumed.**

THE plaintiff in Error moved for a certiorari, but did not from the Record or otherwise shew the diminution.

*By the Court.* Diminution is not to be presumed; if it were, it would be easy to delay the determination of a case.

On the assignment of Error, the Chief Justice delivered the opinion of the Court.

The only assignment is that final judgment by default was rendered for the penalty of a Bond. The declaration sets forth that the defendant below made his certain writing obligatory, &c. whereby he acknowledged himself to be indebted to the plaintiff in the sum of $150, to be paid when requested. The clerk has copied a paper in the transcript immediately after the Sheriff's return to the writ; but it is not set forth on Oyer, nor does it appear by the declaration, the indorsement of the writ (even if we considered the indorsement as part of the Record) or by any plea to be the writing on which the action was founded. It therefore cannot be considered part of the Record.

Let the judgment be affirmed.

1 Chitty's P. 15, 20, 24—214.  1 Saund. 233.

*Margin note:* NOVEMBER, 1820. Mullary v. Caskaden.

2d. A paper certified by the clerk as the bond, on which the action was founded, but not set out on Oyer, is no part of the Record.